## *COMPLETE AND GENERAL RELEASE OF CLAIMS*







Case: 3:17-cv-00737-wmc Document #: 133 Filed: 03/05/20 Page 3 of 7







**General and Complete Release** **Page 6 of 7**

**CAUTION! READ BEFORE SIGNING**

The undersigned are aware and acknowledge that by signing this Agreement they are giving up certain legal duties and taking on certain legal duties. The undersigned understand that this is a final release, and that upon execution of this document there are no rights to ever again assert any of the claims described herein against any of the parties to this Agreement.

Dated: March 3, 2020

_____
Judy Wilson, on her own behalf and as Special Administrator for the Estate of Dante Wilson

Dated: 3-3-20

_____
Nateisha Smith

Dated: 3-3-20

_____
Kejuan Hill

As to remaining Plaintiffs: This settlement is fully executed on behalf of Plaintiff-Intervenors ▮▮▮▮▮ their counsel and guardians *ad litem* by operation of law upon court approval pursuant to Wis. Stat. § 807.10.

General and Complete Release